Case 7:23-cr-00354   Document 11   Filed on 03/08/23 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
March 08, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No.  M-23-0354 |
| § | |
| JOSE ARTURO BARRERA-TORRES § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about September 12, 2021, to on or about February 5, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ARTURO BARRERA-TORRES**

defendant herein, did knowingly receive child pornography, that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2428(a) and (b), the United States gives notice to the defendant,

**JOSE ARTURO BARRERA-TORRES**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in the indictment; and

(2) all property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in the indictment, or any property traceable to such property, including, but not limited to, the following:

One Lenovo IdeaPad 330S-15ARR; Model: 81FB; (S/N PF218RWC)

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*/s/ Alex D. Paul*
_____
ASSISTANT UNITED STATES ATTORNEY