U.S. Department of Justice    Criminal Docket
Washington, D.C.
2/28/2023/am

| | |
|---|---|
| McALLEN Division | CR. No. **M-23-0354**   M-23-0320-M |
| **INDICTMENT**   Filed: March 8, 2023 | Judge: **RANDY CRANE** |
| County: Hidalgo | |
| Lions #: 2023R01185 | Attorneys: |
| UNITED STATES OF AMERICA | ALAMDAR S. HAMDANI, U. S. ATTORNEY |
| v. | ALEXA D. PARCELL, ASST. U.S. ATTORNEY |
| JOSE ARTURO BARRERA-TORRES | Ct. 1    Sergio J Sanchez, Ret'd (956) 687-7700 |
| *Custody: 2/16/2023* | |

Charge(s):   Ct. 1:  Receiving in interstate and foreign commerce child pornography
Title 18, United States Code, Section 2252A(a)(2)(A), 2252A(b)(1), and 2256

Total Counts **(1)**

Penalty:

Ct. 1:   Imprisonment for 5 yrs. to 20 yrs. and/or a fine not to exceed $250,00 and at least a 5 yr. to Life SRT

Agency:   Homeland Security Investigations – Ian Kelly – BV07QR22BV0015

Date    Proceedings